UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK

THOMAS JEROME RADford SR.

-AgAinst-
SCLC And

18 CV 10325
CASE#

COMPLAINT
JURY TRIAL

1. MARTIN LUTHER King III
2. BERNICE KING
3. DEXTER S. KING
4. REV. JAMES Bush
5. REV. RALEIgh TAMMEll
6. REV. Sylir TUCKER
7. CharlES STEEl Jr - CEO
8. ISAAS NEWTON FAtt's Jr.
9. Dr. BERNArd LAFAYETTE Jr.
10. SPivAr GordoN

Exhibit A
A TTAch
NOTICE →

NAACP And
11. CorNEll William Brooks - ResidenT
12. KWEiSi MFUME - FormEr PresidenT
13. LEON W. RUSSEl - ChAirMAN
14. RoSlyN M. Brock - PresideNT
15. DErrick JohNSON - YiCE ChairMAN
16. JESSiE TurNEr Jr. - TREASUrEr
17. YVONNE WhiTE - ASSISTANTS TREASUrEr
18. STEVEN AllEN SPiElbErg - Film ProduCEr
19. DENNis CourTlAnd HAYES - CEO
20. BrUcE S. GordoN - CEO
(20½) Aubrey C. HOOPER

Exhibit A
A TTAch
NOTICE →

CNN NEWS And
21. JEFF ZUcKEr
22. COMCAST And BriAN RobErt CEO/ChAirMAN
23. NETFlix And REED HASTiNg ChAirMAN
24. WAlT DiSNEY - RobErt A IgEr
25. AT&T - RANDAll L. STEPhenSON

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒   **Federal Question**

□   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

42 USC 1983

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff,   Thomas J. Radford Sr,   , is a citizen of the State of
(Plaintiff's name)

NEW YORK
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2



If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| THOMAS | J. | RADFORD, Sr. |
|---|---|---|
| First Name | Middle Initial | Last Name |

P.O. Box 230673

Street Address

| Brooklyn | NY | 11223 |
|---|---|---|
| County, City | State | Zip Code |

| (205) 591-1953 | radfordsrthomas@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

Page 3



## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| _11-3-18_ | _(signature)_ |
| Dated | Plaintiff's Signature |
| _Thomas_        _J._ | _Radford SR._ |
| First Name        Middle Initial | Last Name |
| _P.O. Box 230673_ | |
| Street Address | |
| _Brooklyn_        _N.Y._ | _11223_ |
| County, City        State | Zip Code |
| _205-541-1953_ | _radfordsrThomas@gmail.com_ |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

4

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

BEING MADE OF LIKE A ROBOT TO DO AND ACT LIKE A ROBOT IN A HUMAN BODY.

PAIN AND SUFFERING WITH EMOTIONAL DISTRESS THATS NOT NAME OF IN A HUMAN BEING.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

★ COMPENSATION ONE BILLION WAIT DISNEY ROBERT IGER
ONE BILLION CNN-NEWS JEFF ZUCKE, ONE BILLION FROM
COMCAST BRIAN ROBERT CEO/CHAIRMAN, ONE BILLION NET FLIX
REED HASTIN, CHAIRMAN, 10 BILLION CNN NEWS, 10 BILLION NETTlix,
10 BILLION COMCAST, THIRTY FIVE BILLION SCLC AND DEFENDANTS,
THIRTY FIVE BILLION NAACP AND DEFENDANT. THIRTY FIVE BILLION
LOCAL 237 UNION AND DEFENDANTS. CON TRACTS, PLAINTIFF SENT TO
ALL THREE (NAACP, SCLC, LOCAL 237 UNION)
★ PUNITIVE DAMAGES IN THE AMOUNT OF $4 BILLION FOR EACH DEFENDANT
AND $3 BILLION FORM EACH COMPANY

Page 6

5

Defendant 4:

First Name _____ Last Name _____

Current Job Title (or other identifying information) _____

Current Work Address (or other address where defendant may be served) _____

County, City _____ State _____ Zip Code _____

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _Alabama Correctional Facility_

Date(s) of occurrence: _1988 — 2018_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

THE COMPLAINT OF PLAINTIFF, Thomas Jerome Radford Sr. respectfully show and alleges as Follow:
1. THE PLAINTIFF HERE IN, Thomas Jerome Radford Sr. is a resident of THE STATE OF NEW YORK. Mr. Radford Sr. resides in Brooklyn/Bronx NY. 10456 /P.O Box 230673 Brooklyn NY. 11333
2. The defendants here in, 'Kweis' Mfume Former President of "NAACP" And Steven Allen Spielberg Film Product enter into a contract under "NAACP" to represent plaintiff in moves and production in the books of "STATUE to STATUE" as being a prisoner of THE STATE of Alabama And The LIFE STYLE I lived plus A city worker for NEW YORK City Housing

CONTINUE

6

Authority. Plaintiff was serving 28 years in Alabama State Prison at the time of the contract agreement by mail. (USPS)

3. Plaintiff Radford st. desired to have moves done, Mr. and defendants discussed his needs and specification for this project through mail (USPS)

4. On about 2000 plaintiff and defendants Mfume and Spielbers entered into a written agreement pursuant there to plaintiff agreed to pay his fee for moves.

5. On about 2003 or 2 failed to produce the movies and Mfume and Spilbers colluded conspiring, frauding plaintiff out of plaintiff books I sent to them. (NAACP) concerning the media and 950 companies in a "invasion" of plaintiff privacy" by placeing computer chips into plaintiff body with close circuit T.V. monters that was planted in and around plaintiff. This suit on the media and companies for invading plaintiff privacy for captal gain.

6. On about 2001 plaintiff mother Alice m. Radford carried move books down to City Hall; Birmingham Ala, where she met Fred Shutties works. He reassured my mother he would get those books of "Statue to Statue" and publish them working for and with SCLC as a member.

7

7. On About June's Plaintiff began to write "Statue to Statue Three (3) Asking for Thirty Five Billion (35) dollars for the invading Plaintiff Privacy and Family members causing harm to Plaintiff mental state, by placing computer chips in to Plaintiff body parts and Closer Circuit T.V. to monitor Plaintiff. Plaintiff mail Contracts to Local 237 union NYC, because Local 237 union in the pass as a Housing worker represented Plaintiff in Housing Authority Now being retired Since 1980 I/Plaintiff call on these Local 237 union to represent Plaintiff in this suit for Thirty five billion dollars, Also Sent/mail "SCLC" Contracts to represent Plaintiff in this Suit As well for Thirty Five Billion dollars Seeing that Fred Shuttlesworth took the Same Road "NAACP" with Kuris Mukume And Steven Allen Spielberg Representing NAACP

8. Around About 2004 Statue to Statue manuscripts was Stolen from Plaintiff And then Attorneys for Plaintiff began to say: The books "Statue to Statue

belong to some risk that I didn't understand at first but by and by things became more clearer to plaintiff.

9. Around about 2009 or so my Attories Local 237, SCLC And NAACP began to colluding and conspiring together that plaintiff books of STATUE TO STATUE was written by a inmate white boy name Williams David concerning plaintiff books of STATUE TO STATUE/THAT MEAN From STATUE of liberty to Iron man in Birmingham Alabama. I just don't not feed into that lie.

10. Plaintiff was ship to Limestone Prison in Huntsville Ala where plaintiff continue to teach preach the gospel of Jesus Christ And was put into lock up For doing so, In Segregation in Limestone Prison on charges of promoting the gospel of Jesus Christ. To many gather on the big yard to listen at the teaching of Jesus Christ And plaintiff was lock up without a charge For over twenty day (20).

9

11. While in Serve Jail as i know After Plaintiff Idenity was being taking away from Plaintiff being it was so quiled and no one to talk too!... The Media and The State of Alabama was pulling off the biggest Idanity Thief Ever.

12. In and Around "2013" Plaintiff began To Write A book call "Diamond Girl 2013" with many Chapters and Acters and Players being named: President Obama' and 'Steve Harvey. Plaintiff was at Bullock Prison Facility. Plaintiff Ship by mail (USPS) "Diamond Gr.1 2013" manuscripts To President Obama "White House" and The manuscripts was intercepted in "Boston City" and My Writing was given The Credit To A Secretary name "Cynthia Stubbs" and pushing it Through as If She Wrote "Diamond Girl 2013". Cynthia Stubbs was A Secretary At Bullock Prison in The Shift Commanders Office.

13. Plaintiff Wrote Forman Attorney Gx (USPS) Certified, Eric Holden Concerning my books And Threats About Plaintiff Concerning Plaintiff Manuscripts. It Appeared Eric Holden was investigation The Case for The longest until he return.

14. Seems like everything has been bought turn away. Now I'm out of prison and turning to the "United State District Court of the Southern District of New York" 60 Center St. New York City "for justice to prevail. No one is above the law, no one neither "Hillary Clinton nor Mr Trump, no one! ---

15. This is a situation that's happening with plaintiff. The thought of my defendant placing computer chips into plaintiff body to control and hear all plaintiff vital signs. And this is very very disturbing to plaintiff. It's like a bunch of "hyenas dogs" grabbing at their daily meat such powerful people like: SCLS, NAHCP, Comcast, Netflix and CNN News. And 8 or 9 more media T.V. Broadcasters Station, with 250 Billion dollars Companies making funds through exploiting plaintiff through T.V. Sexual, News paper radio. I was train to perform things that would delight the viewers through hidden cameras. I was monitor 24/7 even if I move my feet the sound and act would come even through the prison light that they were watching me. They even heard my heart beat. "

16. I ORDERED A MIXTURE FOR THE WORLD/CIRCUS To PERFORM ACTS. I WAS being CONTOLD I/THEY did I Know TO do WHAT EVER ACT THE defendants WANTED ME To do FOR THEM. EVERY ONE KNEW WHEN I WOKE UP AND WENT To bED AlSO. EVEN NOW WHEN I GO To THE STREET FOR Shopping ETC. THEY WOULD bE MANY PEOPle AWAIT PLAINTIFF IN SOME FORM OR FASHINS To gREET THEM To give THEM SOME KINd OF ATTENTION IN SOME FORM OR MATTER.

17. PLAINTIFF Will bE Filing A CLAIMANT CASH AGAINST NAACP, SCLC AND LOCAL 237 UNION FOR THE death OF PLAINTIFF MOTHER THROU DR. Shalcross SURGICAL HANDS ON THE OPERATING TABLE. PLAINTIFF MOTHER CARRIED THE backS OF PLAINTIFF To MYReV. Shat PPS WORTh. AND SHE WAS THE ONLY WITNESS.



\* SCLC

NOTICE OF INTENT

CERTIFICATE OF SE

Plaintiff: Thomas Jerome Radford sr.
Defendants: Martin Luther King III - President.
Bernice King - Member Etc
Dexter Scott King - Member
Rev. James Bush - Member Etc.
Rev. Raleigh Tammell - Member Etc
Rev. Sylvia Tucker - Member Etc.
Spiver Gordon - Treasurer
Charles Steel Jr - President & CEO
Isaac Newton Farris Jr. - Member
Dr. Bernard Lafayette Jr. Chair.

Exhibit A

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

ATLANTA GA 30303

OFFICIAL USE

Certified Mail Fee $3.45                    0151
                                            40
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $2.75
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $

Postage                          $ $0.50
                                           APR 10 2018
Total Postage and Fees
$ $6.70                                    04/10/2018

Sent To  SCLC
Street and Apt. No., or PO Box No.
390 Auburn Ave N.E.
City, State, ZIP+4
Atlanta Ga. 30303

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

## Complaint

1) Please take notice that Plaintiff: Thomas Jerome Radford sr. will be filing a suit in the Supreme Court in thirty days (30) from the date you receive this notice of intention.

2) On or around 2007-2009 until 2013 I sent contract to you SCLC to represent me and help your cause of selling your father possessions putting up for sale.

3) I marched with your father in 1963 Birmingham. I believe you guys deserve more, so I made SCLC apart of my wealth in my books "Statue to Statue and Diamond Girl 2019".

4) Finding out you have conspired on me with Local 237 Union in NYC. And NAACP

5) It has been told to me by the Lawman you are dollars off a Identity theft by taking my books "Statue to Statue and Diamond Girl 2019" "Statue" that a woman: Cynthia Stubbs and a white man: Williams done the writing and not me!

6) I'm ashamed of you and your mother trying to do such after me showing so love toward your family and the love I have for your father Martin Luther King sr." God bless his soul.

7) The thirty five billion dollars contract concerning my book "Statue to Statue & Diamond Girl 2019" I sent you in agreement. That you would take your share and send me mine which never happen.

8) I'm still going on as a civil rights activist on the NYC trains. I learn alot from your father and I was there when he wrote that famous letter in Bham City Jail.

9) I don't want to get caught up in this love I have for your father but I ask you to settle with me before I take you to court. The public don't need this concerning the family SCLC.

10) Pray about it let God use you, he will if you just give him a chance.

THOMAS J. RADFORD

205-541-1953

SSN 3112

Sincerely,
Thomas Jerome Radford sr.
4-6-2018

13

✱ NAACP

*CERTIFICATE OF SER...*

Plain Tiff: Thomas Jerome Radford Sr.
Defendants: Cornell William Brooks - President
KWEISI MFUME - President
Leon W. Russell - Chairman
Roslyn M. Brock - President
Derrick Johnson - Vice Chairman
Jessie Turner Jr. - Treasurer
Yvonne White - Assistant Treasurer
Aubrey C. Hooper - Assistant Sec
Steven Allen Spielberg - Producer
Bruce S. Gordon - CEO

Exhibit A

**Complaint**

U.S. Postal Service™
CERTIFIED MAIL RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
CHICAGO, IL 60643
Certified Mail Fee   $3.45         0151
Extra Services & Fees (check box, add fee as appropriate)   40
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $0.00
☐ Certified Mail Restricted Delivery   $0.00
☐ Adult Signature Required   $0.00
☐ Adult Signature Restricted Delivery $
Postage   $0.50
Total Postage and Fees   $6.70
Sent To   NAACP
Street and Apt. No., or PO Box No.
1055 W. S. Weston Ave Ste 201
City, State, ZIP+4®
Chicago, Illinois 60643
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

1) Please take notice that plaintiff: Thomas Jerome Radford filing a suit in the Supreme Court in Thirty days (30) from the date you receive this notice of intention.

2) On or around 2001 Plaintiff/I sent contracts to NAACP concerning my books that I wrote in prison named: Statue to Statue and Diamond Girl 2015. Continue to write up until 2013. Which you NAACP have collected sum of money and Kweisi Mfume retired and ran off to Australia conspiring with Producer Allen Spielberg that they were going to produce and my a film out of my books but took the money for them selves.

3) I continue to send contracts without knowing the out come but continue me to write many books and one that mostly stand out or Statue to Statue and Diamond Girl 2018.

4) My mother took some of my books down to City Hall Birmingham to Mr. Shuttlesworth and later was cut up on the operator table by a Dr. name Cross White to the don't she died in a few months.

5) My mother was a die heart NAACP member but you treated her like she was nothing.

6) It has been told to me you have collected billions on my books through media personnel/etc. And from them.

7) You have been conspiring with Local 837 and Sell who got the biggest take from my books Sell from: Statue to Statue and Diamond Girl 2018.

8) I sent you a (35) billion Thirty Five dollar contract's and I hope we can come to a agreement.

9) My mother love you guys and I know she don't want this publicize no more than I!.. I hope we can reach agreement and we both can go on to reach our goals.

Sincerely
Thomas Jerome Radford Sr.
Thomas Jerome Radford Sr.
4-6-2018

THOMAS J. RADFORD
205-541-1953
SSN 311▇

14

*A*

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the
correct information is not provided, it could delay or prevent service of the complaint on the
defendant. Make sure that the defendants listed below are the same as those listed in the
caption. Attach additional pages if needed.

Defendant 1:   _MARTIN  L.  KING III_
First Name                  Last Name
_SCLC - President or Former President_
Current Job Title (or other identifying information)
_SCLC  320 Auburn AVE  N.E._
Current Work Address (or other address where defendant may be served)
_ATlANTA           GA          30303_
County, City                State            Zip Code

Defendant 2:   _BERNICE           King_
First Name                  Last Name
_SCLC — MEMBER_
Current Job Title (or other identifying information)
_SCLC  320 Auburn AVE. N.E._
Current Work Address (or other address where defendant may be served)
_ATlANTA           GA          30303_
County, City                State            Zip Code

Defendant 3:   _DEXTER  S.  KING_
First Name                  Last Name
_SCLC — MEMBER_
Current Job Title (or other identifying information)
_SCLC  320 Auburn AVE NE._
Current Work Address (or other address where defendant may be served)
_ATlANTA           GA  -         30303_
County, City                State            Zip Code

*B*

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  REV. JAMES            Bush
First Name                  Last Name
SCLC – MEMBER ETC.
Current Job Title (or other identifying information)
SCLC  320 AUBURN AVE N.E.
Current Work Address (or other address where defendant may be served)
ATlANTA            GA            30303
County, City                State            Zip Code

Defendant 2:  REV. RAleigh            TAMMEll
First Name                  Last Name
SCLC – MEMBER ETC
Current Job Title (or other identifying information)
ATlANTA – SCLC 320 AUBURN AVE N.E.
Current Work Address (or other address where defendant may be served)
ATlANTA            GA            30303
County, City                State            Zip Code

Defendant 3:  REV. Sylir            Tucker
First Name                  Last Name
SCLC – MEMBER
Current Job Title (or other identifying information)
SCLC  320 AUBURN AVE N.E.
Current Work Address (or other address where defendant may be served)
ATlANTA            GA            30303
County, City                State            Zip Code



## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     CHARLES                    STEEL Jr.
_____
First Name                    Last Name
          CEO        STE President
_____
Current Job Title (or other identifying information)
          SCLC 320 AUBURN AVE. N.E.
_____
Current Work Address (or other address where defendant may be served)
          ATlANTA              GA              30303
_____
County, City                  State              Zip Code

Defendant 2:     ISAAS  N.  FArris  Jr.
_____
First Name                    Last Name
          SCLC — MEMBEr
_____
Current Job Title (or other identifying information)
          SCLC  320 AUBURN  AVE.  N.E.
_____
Current Work Address (or other address where defendant may be served)
          ATlANTA              GA              30303
_____
County, City                  State              Zip Code

Defendant 3:     Dr. BErNArd   LAFAYETTE  Jr.
_____
First Name                    Last Name
          SCLC — ChAirMAN
_____
Current Job Title (or other identifying information)
          SCLC — 320 AUBURN  AVE  N.E.
_____
Current Work Address (or other address where defendant may be served)
          ATlANTA              GA              30303
_____
County, City                  State              Zip Code



## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: *Spivay            Gordon*

First Name                     Last Name

*SCLC - TREAURER*

Current Job Title (or other identifying information)

*SCLC - 320 AUBURN AVE. N.E.*

Current Work Address (or other address where defendant may be served)

*ATIANTA            GA            30 303*

County, City                   State                   Zip Code

Defendant 2: *Randall L,      STPhₑnSon*

First Name                     Last Name

*CEC ₹TC*

Current Job Title (or other identifying information)

*208 S, Akaⁿ ST*

Current Work Address (or other address where defendant may be served)

*DAllAS            T X            75 202*

County, City                   State                   Zip Code

Defendant 3: _____

First Name                     Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                   State                   Zip Code

*E*

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    CORNELL    W.    BROOKS
First Name                             Last Name
NAACP - President
Current Job Title (or other identifying information)
NAACP 10540 S. WESTON AVE STE 201
Current Work Address (or other address where defendant may be served)
Chicago                Illinois            60643
County, City                           State                    Zip Code

Defendant 2:    KWEISI        MFUME
First Name                             Last Name
NAACP - FORMER President
Current Job Title (or other identifying information)
NAACP - 10540 S. WESTON AVE STE 201
Current Work Address (or other address where defendant may be served)
Chicago              IL.            60643
County, City                           State                    Zip Code

Defendant 3:    LEON    W    RUSSELL
First Name                             Last Name
NAACP - Chairman
Current Job Title (or other identifying information)
NAACP - 10540 S. WESTON AVE STE 201
Current Work Address (or other address where defendant may be served)
Chicago                IL            60
County, City                           State                    Zip Code



## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Roslyn    M.        Brock – President
First Name                Last Name

NAACP – President
Current Job Title (or other identifying information)

NAACP – 10540 S. WESTON AVE STE 201
Current Work Address (or other address where defendant may be served)

Chicago                    IL.            60643
County, City              State          Zip Code

Defendant 2:

Derrick              Johnson
First Name                Last Name

NAACP – Vice Chairman
Current Job Title (or other identifying information)

NAACP – 10540 S. WESTON AVE. STE 201
Current Work Address (or other address where defendant may be served)

Chicago                    IL.            60643
County, City              State          Zip Code

Defendant 3:

Jessie              Turner Jr.
First Name                Last Name

NAACP – Treasurer
Current Job Title (or other identifying information)

NAACP – 10540 S. WESTON AVE. STE 201
Current Work Address (or other address where defendant may be served)

Chicago                    IL.            60643
County, City              State          Zip Code



## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: YVONNE        WhiTE
First Name              Last Name
NAACP - ASSiSTANT TREASURER.
Current Job Title (or other identifying information)
NAACP - 10540 S. WESTON AVE STE 201
Current Work Address (or other address where defendant may be served)
Chicago              IL.        60643
County, City              State        Zip Code

Defendant 2: AUbrEY C.   HOOPEA-A.
First Name              Last Name
NAACP - ASSiSTANT SEcrETARY STE 201
Current Job Title (or other identifying information)
NAACP - 10540 S. WESTON AVE
Current Work Address (or other address where defendant may be served)
Chicago              IL.        60643
County, City              State        Zip Code

Defendant 3: STEVEN A.   SpiElberg
First Name              Last Name
NAACP - Film producer
Current Job Title (or other identifying information)
NAACP - 10540 S. WESTON AVE.
Current Work Address (or other address where defendant may be served)
Chicago              IL.        60643
County, City              State        Zip Code



## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:      _DENNIS  C,        HAYES_
                  First Name              Last Name
                  _NAACP  —  CEO  ETC._
                  Current Job Title (or other identifying information)
                  _NAACP  10540 S,  WESTON AVE STE 201_
                  Current Work Address (or other address where defendant may be served)
                  _Chicago              IL,           60643_
                  County, City              State              Zip Code

Defendant 2:      _BRUCE  S,  Gordon_
                  First Name              Last Name
                  _NAACP  —  CEO  ETC_
                  Current Job Title (or other identifying information)
                  _NAACP 10540 S, WESTON AVE STE 201_
                  Current Work Address (or other address where defendant may be served)
                  _Chicago          IL          60643_
                  County, City              State              Zip Code

Defendant 3:      _____
                  First Name              Last Name

                  _____
                  Current Job Title (or other identifying information)

                  _____
                  Current Work Address (or other address where defendant may be served)

                  _____
                  County, City              State              Zip Code

*I*

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   JEFF          ZUCKE
_____
First Name            Last Name

CNN President - CEO
_____
Current Job Title (or other identifying information)

CNN / CNN CENTER
_____
Current Work Address (or other address where defendant may be served)

ATLANTA          GA          30348
_____
County, City            State            Zip Code

Defendant 2:   CNN          NEWS
_____
First Name            Last Name

CNN          NEWS
_____
Current Job Title (or other identifying information)

CNN / CNN CENTER
_____
Current Work Address (or other address where defendant may be served)

ATLANTA          GA.          30348
_____
County, City            State            Zip Code

Defendant 3:   COMCAST          COMPANY
_____
First Name            Last Name

COMCAST - COMPANY
_____
Current Job Title (or other identifying information)

COMCAST - 1701 John F Kennedy Blvd APT 1
_____
Current Work Address (or other address where defendant may be served)

Philadelphia          PA          19103-2838
_____
County, City            State            Zip Code

Page 4



## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  *Brian*                    *Robert*
First Name                    Last Name
*Comcast - Ceo/Chairman*
Current Job Title (or other identifying information)
*Comcast 1701 John F Kennedy Blvd Apt 1*
Current Work Address (or other address where defendant may be served)
*Philadelphia*            *PA*            *19103-2838*
County, City                    State                    Zip Code

Defendant 2:  *Netflix*                    *Company*
First Name                    Last Name
*Netflix            Company*
Current Job Title (or other identifying information)
*Netflix  100 Winchester Circle Los*
Current Work Address (or other address where defendant may be served)
*Gatos*                    *CA*            *95032*
County, City                    State                    Zip Code

Defendant 3:  *Reed*                    *Hastins*
First Name                    Last Name
*Netflix  Chairman*
Current Job Title (or other identifying information)
*Netflix  100 Winchester Circle Los*
Current Work Address (or other address where defendant may be served)
*Gatos*                    *CA*            *95032*
County, City                    State                    Zip Code



## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   WALT                         DISNEY
First Name                 Last Name

WALT                         DISNEY
Current Job Title (or other identifying information)

WALT          DISNEY 500 S BUENA VISTA ST
Current Work Address (or other address where defendant may be served)

Burbank                   CA               91531-0001
County, City                       State                    Zip Code

Defendant 2:   Robert     A     Iger
First Name                 Last Name

WALTDISNEY  Chairman (Chief ( CEO ETC
Current Job Title (or other identifying information)

WALTDISNEY  500 S. BUENA VISTA ST.
Current Work Address (or other address where defendant may be served)

Burbank                   CA               91531-0001
County, City                       State                    Zip Code

Defendant 3:   ATbT                         ATET
First Name                 Last Name

ATET                         ATET
Current Job Title (or other identifying information)

208 S. AKAKD ST.
Current Work Address (or other address where defendant may be served)

DALLAS                    TX               75202
County, City                       State                    Zip Code

Page 4

*L*

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

*NAACP*       *NAACP*
First Name       Last Name

*NAACP*       *NAACP*
Current Job Title (or other identifying information)

*NAACP 10540 S. WESTON AVE STE 201*
Current Work Address (or other address where defendant may be served)

*Chicago*       *IL.*       *60643*
County, City       State       Zip Code

Defendant 2:

*SCLC*       *SCLC*
First Name       Last Name

*SCLC*       *SCLC*
Current Job Title (or other identifying information)

*SCLC 320 AUBURN AVE N.E.*
Current Work Address (or other address where defendant may be served)

*ATLANTA*       *GA*       *30303*
County, City       State       Zip Code

Defendant 3:

First Name       Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City       State       Zip Code

VERIFICATION

STATE OF NEW YORK

COUNTY OF _____ ss:

_____, being duly sworn, deposes and says:

    I am the plaintiff in the above-entitled action.  I have read the foregoing complaint and know the

contents thereof.  The same are true to my knowledge, except as to matters therein stated to be alleged on

information and belief, and as to those matters I believe them to be true.

_____
**[sign your name in front of a Notary]**

_____
**[print your name]**

Sworn to before me this

_____ day of _____, 20____

_____
       Notary Public

14